Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., *Plaintiff* <br><br> V. <br><br> 60676, *et al.*, *Defendants* | **CIVIL ACTION No.** <br> **19-cv-6478 (ER)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants HONESTY ABC, OGYA, shenzhenshitianshidilizhongbiaoyouxiangongsi, shenzhentongyanyishunmaoyiyouxiangongsi and Yong Nan House in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: September 11, 2019                                    Respectfully submitted,

                                                             **EPSTEIN DRANGEL LLP**

                                                        BY: _____
                                                             Brieanne Scully (BS 3711)
                                                             bscully@ipcounselors.com
                                                             EPSTEIN DRANGEL LLP
                                                             60 East 42nd Street, Suite 2520
                                                             New York, NY 10165
                                                             Telephone:   (212) 292-5390
                                                             Facsimile:   (212) 292-5391
                                                             *Attorney for Plaintiff*
                                                             *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on ___September___ __13__, 2019.

                                                        _____
                                                        Judge Edgardo Ramos
                                                        United States District Judge