Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., *Plaintiff* <br><br> V. <br><br> 60676, *et al.*, *Defendants* | CIVIL ACTION No. <br> 19-cv-6478 (ER) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Ihometown in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: September 24, 2019                                  Respectfully submitted,

                                                           **EPSTEIN DRANGEL LLP**

                                                    BY:   _____
                                                           Brieanne Scully (BS 3711)
                                                           bscully@ipcounselors.com
                                                           EPSTEIN DRANGEL LLP
                                                           60 East 42nd Street, Suite 2520
                                                           New York, NY 10165
                                                           Telephone:    (212) 292-5390
                                                           Facsimile:    (212) 292-5391
                                                           *Attorney for Plaintiff*
                                                           *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on ___September___ _25_, 2019.

                                        _____
                                        Judge Edgardo Ramos
                                        United States District Judge

2