Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.,<br>*Plaintiff*<br><br>V.<br><br>60676, *et al.*,<br>*Defendants* | CIVIL ACTION No.<br>19-cv-6478 (ER) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant qxianjunjunq in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: October 15, 2019									Respectfully submitted,

											**EPSTEIN DRANGEL LLP**

										BY:	_____
											Brieanne Scully (BS 3711)
											bscully@ipcounselors.com
											EPSTEIN DRANGEL LLP
											60 East 42nd Street, Suite 2520
											New York, NY 10165
											Telephone:	(212) 292-5390
											Facsimile:	(212) 292-5391
											*Attorney for Plaintiff*
											*Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


									_____
									Judge Edgardo Ramos
									United States District Judge

2