Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., *Plaintiff* V. 60676, *et al.*, *Defendants* | CIVIL ACTION No. 19-cv-6478 (ER) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants lanyingfei, NEWDV and wumiaoyun in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: October 24, 2019                                              Respectfully submitted,

                                                                **EPSTEIN DRANGEL LLP**

BY: _____
                                                                   Brieanne Scully (BS 3711)
                                                                   bscully@ipcounselors.com
                                                                   EPSTEIN DRANGEL LLP
                                                                   60 East 42nd Street, Suite 2520
                                                                   New York, NY 10165
                                                                   Telephone:   (212) 292-5390
                                                                   Facsimile:     (212) 292-5391
                                                                   *Attorney for Plaintiff*
                                                                   *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on ____October____ _25_, 2019.

_____
Judge Edgardo Ramos
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: October 25, 2019

2